UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISE C. THOMAS** | **CIVIL ACTION** |
| **VERSUS** | **NO:  06-8224** |
| **ALLSTATE INDEMNITY COMPANY ET AL.** | **SECTION: "S" (1)** |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that Louise C. Thomas' motion to remand is **GRANTED**, and the case is remanded to the Civil District Court for the Parish of Orleans, State of Louisiana. (Document #5.)

Louise C. Thomas obtained a mortgage from GMAC Mortgage Corporation (GMAC) to purchase property at 438 and 440 South Lopez Street in New Orleans.  The monthly mortgage payment included taxes and insurance premiums to be paid by GMAC.  Statements provided by GMAC reflect payments for homeowner's and flood insurance policies to Allstate Indemnity Company (Allstate).  Katie Hymel and/or Katie Hymel Agency was the insurance agent who placed the policies.

As a result of Hurricane Katrina, the property sustained damage caused by wind, rain, wind-driven rain, and flooding, and Thomas filed a claim with Allstate.  Allstate informed Thomas that there was no flood insurance policy in effect for the property.  An investigation

revealed that GMAC had paid premiums to Allstate under an incorrect policy number.[1]

Thomas filed a petition for damages against Allstate, GMAC, Katie Hymel, Hymel Insurance Agency, and ABC Insurance Company, alleging negligence, failure to pay the claim timely, and breach of fiduciary duty in handling the purchase of flood insurance.

Allstate removed the case to federal court, asserting federal question jurisdiction under the National Flood Insurance Act (NFIA), 42 U.S.C. § 4072; general federal question jurisdiction under 28 U.S.C. § 1331; and the federal officer removal statute, 28 U.S.C. § 1442(a). Thomas filed a motion to remand.

Thomas's complaint seeks damages for negligence in failing to secure flood insurance for her property, which she acknowledges is not covered. Her claims do not challenge the handling, administration, or payment of her flood claim or compliance with the Act or the regulations. The court lacks subject matter jurisdiction under the NFIA, and the motion to remand is granted.

New Orleans, Louisiana, this __30th__ day of January, 2007.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**

---

[1] Allstate contends that it issued a policy to insure a different property, 2834-2840 Audubon Street. This lawsuit involves the Lopez Street property, not the Audubon Street property.